UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  11-60312-CV-COHN

AGILITY DEFENSE AND GOVERNMENT
SERVICES, INC., f/k/a TAOS INDUSTRIES, INC.

Magistrate Judge Seltzer

    Plaintiff,

vs.

GENERAL DEFENSE CORPORATION,

    Defendant.
_____/

### ORDER GRANTING IN PART PLAINTIFF'S UNOPPOSED MOTION TO STAY CASE PENDING OUTCOME OF MEDIATION

**THIS CAUSE** is before the Court upon Plaintiff's Unopposed Motion to Stay Case Pending Outcome of Mediation [DE 15].  The Court has carefully considered the motion and is otherwise fully advised in the premises.

Plaintiff seeks a stay of this matter for the parties to conduct mediation.[1]  Defendant does not oppose the motion.  This action involves a dispute over a contract to supply non-standard weapons.  Defendant recently filed a motion to dismiss and to compel arbitration.  In lieu of responding to the motion, Plaintiff and Defendant have agreed to engage in an early mediation.

The Court concludes that the parties should receive a forty-five day stay to facilitate an early mediation.  Plaintiff has failed to show sufficient good cause for a longer extension of time for pretrial deadlines and a response to the motion to dismiss.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. Plaintiff's Unopposed Motion to Stay Case Pending Outcome of Mediation [DE 15] is hereby **GRANTED**;

---

[1] Although the unopposed motion does not request a particular amount of time for the stay, the proposed Order submitted with the motion seeks a 120 day stay.

2. Plaintiff's Response to Defendant's Motion to Dismiss and to Compel Arbitration [DE 12] is hereby due by May 16, 2011.

3. The following pretrial deadlines shall now apply to this case:

| | |
|---|---|
| Joinder of parties and Amendment of Pleadings | June 10, 2011 |
| Expert Reports | July 6, 2011 |
| Fact Discovery cutoff | August 5, 2011 |
| Expert Discovery cutoff | August 19, 1011 |
| Dispositive pretrial motions and Motions to Exclude or Limit Expert Testimony | September 2, 2011 |
| Mediation Report Deadline | September 23, 2011 |
| Motions in limine | October 20, 2011 |
| Responses to Motions in Limine, Joint Pretrial Stipulation and Deposition Designations for Trial for Unavailable Witnesses | October 28, 2011 |
| Proposed Jury Instructions, and any Counter-designations and objections to Deposition designations | Calendar Call |

4. This case is reset for trial on the two week trial period **commencing November 7, 2011**, with the Calendar Call reset for Thursday, November 3, 2011 at 9:00am.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of April, 2011.

_____
JAMES I. COHN
United States District Judge

Copies furnished to:

counsel of record