UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60312-CV-COHN

AGILITY DEFENSE AND GOVERNMENT
SERVICES, INC., f/k/a TAOS INDUSTRIES, INC.

Magistrate Judge Seltzer

    Plaintiff,

vs.

GENERAL DEFENSE CORPORATION,

    Defendant.

_____/

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT AND COMPEL ARBITRATION

**THIS CAUSE** is before the Court upon Defendant's Motion to Dismiss Plaintiff's Complaint and Compel Arbitration [DE 12]. The Court has carefully considered the motion and is otherwise fully advised in the premises, including the lack of a response by the extended deadline of June 3, 2011.

In lieu of responding to the motion by the original deadline of March 28, 2011, Plaintiff and Defendant agreed to engage in an early mediation. The Court granted in part the parties' motion to stay consideration of Defendant's motion, allowing Plaintiff until May 16, 2011 to file its response [DE 17]. The Court then granted a further extension until June 3, 2011 [DE 19]. Plaintiff has apparently elected to not oppose the motion to compel arbitration.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. Defendant's Motion to Compel Arbitration [DE 12] is hereby **GRANTED**;

2. Defendant's Motion to Dismiss various claims for failure to state a claim is hereby **DENIED as moot**;

3. Plaintiff is therefore compelled to arbitrate the matter by the terms of the parties'

      Agreements;

4.      The Complaint is dismissed for failure to arbitrate pursuant to the parties'

      Agreements;

5.      The Clerk may close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of June, 2011.

                                          /s/ James I. Cohn
                                          JAMES I. COHN
                                          United States District Judge

Copies furnished to:

counsel of record

2